# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-247-GMN-(PAL) |
| ) | |
| MAURICIO VARGAS, DDS, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 19, 2012, defendant MAURICIO VARGAS, DDS pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Health Care Fraud in violation of Title 18, United States Code, Sections 371 and 1347. Information, ECF No. 4; Plea Agreement, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 9.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and agreed to in the Plea Memorandum and the offense to which defendant MAURICIO VARGAS, DDS pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 9.

The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(7); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 24, 371, and 1347:

    a.    $209,406.70 in United States Currency ("property").

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.

3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  MAURICIO VARGAS, DDS in the aforementioned property is forfeited and is vested in the United
7  States of America and shall be safely held by the United States of America until further order of the
8  Court.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13  the name and contact information for the government attorney to be served with the petition,
14  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
16  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19  following address at the time of filing:

20          Michael A. Humphreys
        Assistant United States Attorney
21          Daniel D. Hollingsworth
        Assistant United States Attorney
22          Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
23          Las Vegas, Nevada 89101.

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
25  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
26  . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 23rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge