FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-247-GMN-(PAL) |
| MAURICIO VARGAS, DDS, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO
### DEFENDANT MAURICIO VARGAS, DDS

On August 23, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(7); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant MAURICIO VARGAS, DDS to the United States of America. Information, ECF No. 4; Plea Memorandum, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 15.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MAURICIO VARGAS, DDS.

DATED this 20 day of Dec., 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Maurice Vargas**
**2:12-cr-00247-GMN-PAL**
**Restitution List**

Laborers Local 872          $249,466.70
Attn: Tommy White
2345 Red Rock Street
Las Vegas, NV 89146

